*Direct Fax (616) 726-2299*

June 7, 2006

Hon. Wendell A. Miles
U.S. District Court Judge
399 Federal Bldg.
110 Michigan, NW
Grand Rapids, MI  49503

RE:   Quality Stores, Inc., et al., Debtors; Chapter 11; Case No. 02 B 12059
      QSI Holdings, Inc., et al v David C. Bliss, et al; Adv. Proc. No. 03-88076
      QSI Holdings, Inc., et al v David C. Bliss, et al; District Court Case No. 06-00306

Dear Judge Miles:

At the request of your clerk, I am writing to verify a telephone conversation of today in which we informed your office that the underlying dispute in the above-referenced adversary proceeding is in the process of being settled.  For this reason, I contacted your office to request that no further action be taken on the appeal pending documentation and execution of our settlement agreement.  Your clerk asked that we put this request in writing.

Should you have any questions about this matter, please feel free to contact the undersigned at your convenience.

Very truly yours,

FOSTER, SWIFT, COLLINS & SMITH, P.C.

/s/ Scott H. Hogan

for James B. Frakie

JBF/keu
cc:    all counsel of record
       Gregory Kaden (via email)

Hon. Wendell A. Miles
June 7, 2006
Page 2


Edith A. Landman
Plunkett & Cooney, PC
333 Bridge Street, NW
Suite 530
Grand Rapids, MI  49504

Randall W. Bodner
Ropes & Gray
One International Place
Boston, MA  02110-2624

Eugene J. Frett
Sperling & Slater
55 W. Monroe Street
Suite 3300
Chicago, IL  60603

Gabriela Richeimer
Ross, Dixon & Bell, LLP
2001 K. Street, NW
Washington, DC  20006-1040

Merril Hirsh
Ross, Dixon & Bell, LLP
2001 K. Street, NW
Washington, DC  20006-1040

Daniel F. Gosch
Geoffrey A. Fields
Dickinson Wright, PLLC
200 Ottawa Avenue, NW
Suite 200
Grand Rapids, MI  49503

Mr. Thomas J. Reinebach
26 Wade Drive
Summit, NJ  07901