UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

QUALITY STORES, INC., et al.,   Case No. GG-01-10662
                                Chapter 11
         Debtor(s).             Honorable James D. Gregg
_____/

QSI HOLDINGS, INC., and
QUALITY STORES, INC.,

         Plaintiffs,            Adversary Proceeding
                                No. 03-88076
v.

DAVID C. BLISS, et al.,         District Court Case No. 1:06-cv-306

         Defendants.            Honorable Wendell A. Miles
_____/

DAVID C. BLISS, et al.,

         Appellants,

v.

QSI HOLDINGS, INC., and
QUALITY STORES, INC.,

         Appellees.
_____/

## ORDER OF DISMISSAL

Notice of Intent to Dismiss for failure to provide documents effectuating settlement

having been sent to counsel on October 25, 2006 and no written response having been received from any party[1];

        IT IS HEREBY ORDERED that this matter is dismissed without prejudice.


Dated: <u>January 10, 2007</u>                           /s/ Wendell A. Miles
                                                                       Wendell A. Miles
                                                                       Senior U.S. District Judge

---

[1] On November 14, 2006, counsel for appellees QSI Holdings, Inc. and Quality Stores requested an extension of time to file the order(s) regarding settlement by telephone.